| | | | |
|---|---|---|---|
| Westling v. Hormel Foods Corporation | 16-0236 | 01/11/2017 | Affirmed |
| State v. Cooke | 16-0237 | 01/11/2017 | Affirmed |
| Todd v. State | 16-0243 | 01/11/2017 | Affirmed |
| Ruden v. State | 16-0245 | 01/11/2017 | Affirmed in part, Reversed in part, and Remanded |
| Born Free USA and the Animal Rescue League of Iowa, Inc. v. Iowa Department of Agriculture and Land Stewardship | 16-0367 | 01/11/2017 | Affirmed |
| State v. Wagamon | 16-0374 | 01/11/2017 | Affirmed |
| Twigg v. State | 16-0395 | 01/11/2017 | Affirmed |
| Hurlbert v. Harris | 16-0421 | 01/11/2017 | Affirmed |
| State v. Reed | 16-0448 | 01/11/2017 | Affirmed |
| State v. Alford | 16-0476 | 01/11/2017 | Sentence Vacated and Remanded |
| Dorris v. State | 16-0488 | 01/11/2017 | Affirmed |
| Ayala v. Tyson Foods Inc. | 16-0505 | 01/11/2017 | Affirmed |
| State v. Cunningham | 16-0586 | 01/11/2017 | Affirmed |
| First American Bank v. Fobian Farms, Inc. | 16-0624 | 01/11/2017 | Writ Annulled |
| State v. Barclay | 16-0699 | 01/11/2017 | Affirmed |
| Ross v. American Ordnance | 16-0787 | 01/11/2017 | Affirmed |
| G.G., Matter of | 16-0932 | 01/11/2017 | Affirmed |
| Mourton, In re Marriage of | 16-1099 | 01/11/2017 | Affirmed |
| State v. Jamison | 16-1181 | 01/11/2017 | Affirmed |
| Budny v. MemberSelect Insurance Company | 16-1189 | 01/11/2017 | Affirmed |
| State v. Benes | 16-1214 | 01/11/2017 | Sentence Vacated in part; Remanded for Resentencing |
| B.D., Interest of | 16-1572 | 01/11/2017 | Affirmed |
| C.C., In Interest of | 16-1678 | 01/11/2017 | Affirmed |
| J.C., In Interest of | 16-1718 | 01/11/2017 | Affirmed on both Appeals |
| A.V., In Interest of | 16-1749 | 01/11/2017 | Affirmed |
| W.A., Interest of | 16-1774 | 01/11/2017 | Affirmed on both Appeals |
| K.D., In Interest of | 16-1778 | 01/11/2017 | Affirmed |
| S.P., Interest of | 16-1919 | 01/11/2017 | Reversed and Remanded |
| J.B., In Interest of | 16-1920 | 01/11/2017 | Affirmed on both Appeals |
| G.R., In Interest of | 16-1933 | 01/11/2017 | Affirmed |